Entered: January 29th, 2019

Signed: January 29th, 2019

If a debtor seeks to value collateral or avoid liens pursuant to a provision in the plan, Local Bankruptcy Rule 3015-1 requires that the debtor file, as a supplement to the plan, evidence to support the asserted value, superior lien, exemption, or non-debtor ownership. The plan supplement also should include any information necessary for the Court to evaluate the relief requested under the Bankruptcy Code, and it must be served in accordance with Federal Bankruptcy Rule 7004 and Local Bankruptcy Rule 3015-1. Accordingly, before the Court can consider confirmation of the plan proposed at ECF 31, the debtor shall file with the Court and serve the required supplement in accordance with all applicable rules and certify such service to the Court.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| Ronald McCandless, | * | Case No. 18-23662-MMH |
| | * | |
| Debtor. | * | Chapter 13 |
| | * | |

*    *    *    *    *    *    *    *    *    *    *    *    *

### STATEMENT OF REVIEW
### (No Hearing Required on Plan § 5 Issues)

The Debtor's proposed Chapter 13 plan [ECF 31] contains provisions that would (i) limit the amount of a secured claim based upon the value of the collateral securing the claim, and/or (ii) avoid a security interest or lien held by the IRS, and relating to the Debtor's property identified in the plan as 3732 Springfalls St, Ellicott City, MD 21042. No objection was timely filed with respect to those provisions of the Debtor's proposed Chapter 13 plan. The court has reviewed those provisions and the accompanying plan supplement and certificate of service, and has determined that the plan and the plan supplement were served in accordance with Local Bankruptcy Rule 3015-1(b)(3) and that the evidence provided in the plan supplement in accordance with  Local Bankruptcy Rule 3015-1(d) is sufficient to establish that the Debtor is entitled to the relief requested.  Accordingly, the court believes that those provisions of the Debtor's proposed Chapter 13 plan (or the same such provisions contained in any subsequent amendment of the Debtor's proposed Chapter 13 plan) may be approved without need for any further notice or hearing.

The court expresses no opinion in this statement of review with respect to any other issue relating to confirmation of the Debtor's proposed Chapter 13 plan.

cc:    Debtor
       Debtor's attorney
       Chapter 13 Trustee
       Creditors

**-- END OF STATEMENT OF REVIEW --**